In re Estate of Harriet A. Mitchell, Deceased.
Edward Guerin, Appellant, v. Hazel M. Griefen,
Appellee.

Gen. No. 40,941. (Abstract of Decision.)

Heard in third division, first district, this court at October term, 1939; opinion filed May 22, 1940; rehearing denied June 12, 1940. William S. Kleinman and Johntry & FitzGerald, for appellant; Chas. O. Rundall, for appellee. Opinion by PRESIDING JUSTICE DENIS E. SULLIVAN. ''Not to be published in full.''

In re Estate of Harriet A. Mitchell, Deceased.
George P. Garin, Appellant, v. Hazel M. Griefen,
Appellee.

Gen. No. 40,942. (Abstract of Decision.)

Heard in third division, first district, this court; opinion filed May 22, 1940. No briefs or abstracts filed for appellant or appellee. Opinion by PRESIDING JUSTICE DENIS E. SULLIVAN. ''Not to be published in full.''